IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-51080
Summary Calendar
_____

ALONSO AGUILAR-MEDINA

Petitioner - Appellant

v.

JOHN ASHCROFT, U.S. Attorney General; LUIS GARCIA, District
Director of the El Paso District of the Immigration
Naturalization Service

Respondents - Appellees

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CV-294-DB
- - - - - - - - - -
May 18, 2001

Before KING, Chief Judge, and JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Alonso Aguilar-Medina (Aguilar) appeals the district court's

dismissal of his 28 U.S.C. § 2241 petition for lack of

jurisdiction. He argues that the district court erroneously

concluded that he had not filed a petition for review from the

Board of Immigration Appeals' order of removal.

The district court was without jurisdiction to entertain

Aguilar's § 2241 petition. *See Garnica-Vazquez v. Reno*, 210 F.3d

558, 560 (5th Cir. 2000); *Max-George v. Reno*, 205 F.3d 194, 199

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(5th Cir. 2000).  Aguilar has not attempted to distinguish *Garnica-Vazquez* or *Max-George*, which the district court relied upon to reach its decision.  Nor has Aguilar explained the relevance of the district court's alleged erroneous factual finding to the jurisdictional issue at hand.  The district court's judgment is AFFIRMED.